UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIAM J. EWING,

    Plaintiff,

v.                                            Case No. 3:13cv456/RV/CJK

CITY OF CRESTVIEW FLORIDA, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter is before the court on "Plaintiff's Motion for Voluntary Dismissal" (doc. 41). Plaintiff has notified the court "that he voluntarily dismisses with prejudice all his claims against all Defendants." (*Id.*, p. 1). Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITH PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i).

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 5th day of November, 2014.

                                                /s/ *Charles J. Kahn, Jr.*
                                                **CHARLES J. KAHN, JR.**
                                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).